DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARRICK GIDEON JOHN,**
Appellant,

v.

**ARMANDO RODRIGUEZ** and **FLORIDA DENTAL CENTER
OF LAKE PARK, INC.,**
Appellees.

No. 4D21-1259

[August 19, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502010CA017346.

Garrick Gideon John, Okeechobee, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***